UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
(856) 751-4224

Order Filed on August 20, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Angel L. Perez

Case No.: 18-19543

Chapter: 13

Judge: JNP

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 20, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Angel L. Perez_____ for the reduction of time for a hearing on  Motion to Sell Property _____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____8/26/2021_____ at __10:00am__ in the United States Bankruptcy Court, _____400 Cooper Street Camden, NJ 08101_____, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Secured Creditor's and All Other Affected Parties _____

E-Mail must be by Consent _____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to  Chapter 13 Trustee _____

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

This will be a telephonic hearing and all parties need to contact Court Solutions to request appearance. Information is below.

COURTSOLUTIONS LLC
P: 917 746 7476
www.court-solutions.com

*rev.2/1/16*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-19543-JNP
Angel L. Perez, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 2
Date Rcvd: Aug 20, 2021 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2021:**

**Recip ID     Recipient Name and Address**
db     + Angel L. Perez, Sr., 208 Madison St, Riverside, NJ 08075-3124

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Craig Scott Keiser
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC3,MORTGAGE PASS-THROUGH CERTIFICATES ET.AL. craig.keiser@law.njoag.gov

Denise E. Carlon
     on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
     ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Lee Martin Perlman
     on behalf of Debtor Angel L. Perez  Sr. ecf@newjerseybankruptcy.com,

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 20, 2021 | Form ID: pdf903 | Total Noticed: 1

mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6