UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

LEE M. PERLMAN
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
(856) 751-4224

Order Filed on August 26, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Angel L. Perez

| | |
|---|---|
| Case No.: | 18-19543 |
| Hearing Date: | 08/26/2021 |
| Chapter: | 13 |
| Judge: | JNP |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: August 26, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____208 Madison Street, Riverside,_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1.  The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2.  The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3.  ☐    In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| |
|---|
| Name of professional: |
| Amount to be paid: |
| Services rendered: |

**OR**:  ☒  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4.  Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $_____22,888_____ claimed as exempt may be paid to the Debtor.

6.  The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9.  Other provisions:
    a. $1,800.00 from proceeds shall be escrowed for attorney fees for Lee M. Perlman. Said fees shall be paid upon an Order from this Court granting supplemental Chapter 13 fees;
    b. debtor is 1/3 owner of the property; the other 2/3 owners may be paid their portion of sale proceeds at closing;
    c. the 14 day stay provided for by Rule 6004(h) is waived, and the sale of the Real Property may proceed as scheduled at any time following the entry of this order.

*rev.8/1/15*

3

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-19543-JNP |
| Angel L. Perez, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 26, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

**Recip ID        Recipient Name and Address**
db            + Angel L. Perez, Sr., 208 Madison St, Riverside, NJ 08075-3124

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2021              Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

**Name**              **Email Address**

Craig Scott Keiser
                      on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC3,MORTGAGE PASS-THROUGH CERTIFICATES ET.AL. craig.keiser@law.njoag.gov

Denise E. Carlon
                      on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR MASTR ASSET BACKED SECURITIES TRUST 2006-WMC3, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-WMC3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
                      on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
                      ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Lee Martin Perlman
                      on behalf of Debtor Angel L. Perez  Sr. ecf@newjerseybankruptcy.com,

         mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

U.S. Trustee

         USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6