# Office of the Chapter 13 Standing Trustee

### *Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*  
*Raymond H. Shockley, Jr. Staff Attorney*  
*Jennifer R. Gorchow, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Roddy\**  
*Jenai M. Cerquoni\**  
*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

August 31, 2021

Clerk of the Court  
**UNITED STATES BANKRUPTCY COURT**  
Mitchell H. Cohen Federal Courthouse  
1 John F. Gerry Plaza  
4th and Cooper, 4th Floor  
Camden, NJ 08101

RE:    Chapter 13 Bankruptcy  
          Debtor's Name: Angel L. Perez, Sr.  
          Case No: 18-19543 JNP

Dear Judge Jerrold N. Poslusny Jr.,

Please be advised that on July 12, 2021, Plan Complete Letter (docket #38) was filed with the court in reference to the above captioned case. Please note that this was filed in error. Therefore, please withdraw the Plan Complete Letter (docket #38) which was filed on July 12, 2021. Should you have any questions regarding this matter please feel free to contact this office.

As always, the courtesy of the court is appreciated.

Very truly yours,

*OFFICE OF THE CHAPTER 13*  
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*  
Isabel C. Balboa  
Standing Trustee

ICB/ad  
Enclosure

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:  
P.O. Box 1978  
Memphis, TN 38101-1978